## TOWN OF EUTAW V. MORGAN.

(Decided June 16, 1913.)

APPEAL from Greene Circuit Court.

Heard before Hon. BERNARD HARWOOD.

MCKINLEY, MCQUEEN, HAWKINS & SNOW, for appellant. EVINS & JACK, for appellee.

Per curiam.   Appeal dismissed.

---

## UNITED BROS. OF F. AND SISTERS OF M. T. V. ROBERTS.

(Decided April 23, 1913.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN H. MILLER.

H. H. GOLDSTEIN, for appellant.   G. M. EDMONDS, for appellee.

Per curiam.   Affirmed on certificate.

---

## WARREN V. JENKINS, ET AL.

(Decided April 24, 1913.)

APPEAL from Blount Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

No counsel marked for either party.

Per curiam.   Affirmed on certificate.